# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CHARLENE DAVID, ROSAMARIA TELEP, JACQUELINE PICKERING, AMY BRUCKNER, COLLEEN GRAY NGUYEN, JESSICA GITTENS, TONYA MORROW, MADELEINE SWEITZER, KERRY MILCH, JOSHUA FERRIS, AND GARY MINTZ,

       Respondents

       v.

LEIGH CHAPMAN, IN HER OFFICIAL CAPACITY AS THE ACTING SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA; JESSICA MATHIS, IN HER OFFICIAL CAPACITY AS DIRECTOR FOR THE PENNSYLVANIA BUREAU OF ELECTION SERVICES AND NOTARIES,

       Petitioners

: No. 8 MM 2022
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of February, 2022, Respondents' Emergency Application for Extraordinary Relief Under 42 Pa. C.S. § 726 and Pa. R.A.P. 3309 is hereby **DENIED AS MOOT**. *See Carter, et al. v. Chapman, et al.*, 7 MM 2022, per curiam order filed February 9, 2022 (suspending temporarily the dates for circulating and filing nomination petitions).